IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-041-MOC-DCK

| | |
|---|---|
| ANTHONY PARKER, | )<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **ORDER**<br>) |
| THOMAS & BETTS CORPORATION;<br>LARRY HUINKER; ROXANNE BLISS;<br>JAMES SCOTT, | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 29) filed by R. Andrew Hutchinson, concerning Emma J. Redden on June 20, 2017. Ms. Emma J. Redden seeks to appear as counsel *pro hac vice* for Defendant Thomas & Betts Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 29) is **GRANTED.** Emma J. Redden is hereby admitted *pro hac vice* to represent Defendant Thomas & Betts Corporation.

**SO ORDERED**.

Signed: June 20, 2017

David C. Keesler
United States Magistrate Judge